UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )   3:09-md-02100-DRH )  )   MDL No. 2100 ) |

**This Document Relates To:**

*Alex Skondi v. Bayer Corporation, et al.*        No. 10-cv-11736-DRH

*Tracey Taravade v. Bayer Corporation, et al.*    No. 11-cv-10802-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 18, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.19 08:58:52 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT